**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. _____

**MOLINA BATALLA, CHRISTOPHER L**_____ Chapter **13**_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **4/30/2008**_____ ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION    Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **190.00** x **36** = $ **6,840.00** <br> $_____ x_____ = $_____ <br> $_____ x_____ = $_____ <br> $_____ x_____ = $_____ <br> $_____ x_____ = $_____ <br><br> TOTAL: $ **6,840.00** <br><br> Additional Payments: <br> $_____ to be paid as a LUMP SUM within _____ with proceeds to come from: <br> ☐ Sale of Property identified as follows: <br> _____ <br> _____ <br> ☐ Other: <br> _____ <br> _____ <br><br> Periodic Payments to be made other than, and in addition to the above: <br> $_____ x_____ = $_____ <br><br> PROPOSED BASE: $ **6,840.00** | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____ <br> B. SECURED CLAIMS: <br> ☐ Debtor represents no secured claims. <br> ☑ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1. ☑ Trustee pays secured ARREARS: <br> Cr. **CITI MORTGAGE**  Cr. _____  Cr. _____ <br> # **0770553340-9**  # _____  # _____ <br> $ **1.00**  $ _____  $ _____ <br> 2. ☐ Trustee pays IN FULL Secured Claims: <br> Cr. _____  Cr. _____  Cr. _____ <br> # _____  # _____  # _____ <br> $ _____  $ _____  $ _____ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br> Cr. _____  Cr. _____  Cr. _____ <br> # _____  # _____  # _____ <br> $ _____  $ _____  $ _____ <br> 4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: <br> _____ <br> 5. ☐ Other: <br> _____ <br> 6. ☑ Debtor otherwise maintains regular payments directly to: **CITI MORTGAGE** <br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. <br> 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____ <br> ☐ Paid 100% / ☐ Other: _____ <br> Cr. _____  Cr. _____  Cr. _____ <br> # _____  # _____  # _____ <br> $ _____  $ _____  $ _____ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| **III. ATTORNEY'S FEES** <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00** | OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*) |

Signed: **/s/ CHRISTOPHER L MOLINA BATALLA**_____
   Debtor

_____
   Joint Debtor

Attorney for Debtor **Hatillo Law Office**_____ Phone: **(787) 262-4848**

CHAPTER 13 PAYMENT PLAN

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only